**Carolyn TELTSCHIK, Plaintiff–Appellant**

v.

**JP MORGAN CHASE & CO.; Chase Bank USA NA; JP Morgan Chase Bank NA, Defendants–Appellees.**

No. 06–20828.

United States Court of Appeals, Fifth Circuit.

Oct. 18, 2007.

Leonard Thomas Bradt, Houston, TX, for Plaintiff–Appellant.

Sam David Smith, McGlinchey Stafford, Houston, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and DeMOSS and STEWART, Circuit Judges.

PER CURIAM: *

Carolyn Teltschik appeals the district court's judgment dismissing her action against JP Morgan Chase & Co., Chase Bank USA NA, and JP Morgan Chase Bank NA, and its order refusing to remand the case to state court. We have carefully reviewed the briefs and pertinent portions of the record. There is no reversible error of law or fact. For the reasons

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

stated by the district court in its Memorandum Opinion and Order of September 12, 2006, 2006 WL 2620515, and in its Order entered August 15, 2006, we affirm the district court's final judgment.

AFFIRMED.